UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

Alvin Forde

                                Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**20 Mag. 6772**

Defendant Alvin Forde hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_     Initial Appearance Before a Judicial Officer

_X_     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_     Bail/Detention Hearing

_X_     Conference Before a Judicial Officer


_/s/ Alvin Forde by Clay Kaminsky            _/s/ Clay Kaminsky
Defendant's Signature                                 Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Alvin Forde                                        _Clay Kaminsky
Print Defendant's Name                             Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

8/21/2020
_____                         _____
Date                                                       U.S. Magistrate Judge