UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                           **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

          -against-

          **20 Mag. 6772**

Alvin Forde

          Defendant(s).
-------------------------------------------------------------------X

Defendant Alvin Forde hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

_X_   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

_X_   Conference Before a Judicial Officer


_/s/ Alvin Forde by Clay Kaminsky          _/s/ Clay Kaminsky
Defendant's Signature                       Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Alvin Forde                                _Clay Kaminsky
Print Defendant's Name                      Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 11/2/2020                                  _/s/ Stewart D. Aaron_
Date                                        U.S. Magistrate Judge